IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 10-cv-02959-CMA-MEH

UNITED STATES OF AMERICA,

 Plaintiff,

v.

5364 TULSA WAY, DENVER, COLORADO, and
$13,995.96 IN UNITED STATES CURRENCY,

 Defendant.

## ORDER GRANTING UNOPPOSED MOTION FOR STAY

 This matter is before the Court on Claimant Jorge Martin Villegas' Unopposed Motion To Stay Proceedings (Doc. # 16), filed February 4, 2011. The Court, having reviewed the motion and the case file, hereby ORDERS that the motion is GRANTED, and proceedings in the above-captioned matter shall be STAYED pending the outcome of the related criminal case, Case No. 10-cr-00353-CMA. It is

 FURTHER ORDERED that counsel for Claimant Villegas shall file quarterly status reports, beginning April 9, 2011, until the issues set forth in the Motion for Stay are resolved.

 DATED: February __09__, 2011

           BY THE COURT:

           _____
           CHRISTINE M. ARGUELLO
           United States District Judge