**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-02959-CMA-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

5364 TULSA WAY, DENVER, COLORADO, and
$13,995.96 IN UNITED STATES CURRENCY,

    Defendants.

---

### ORDER LIFTING STAY

---

    This matter having come before the Court on the United States' Unopposed Motion to Lift Stay (Doc. # 26), and the Court being fully apprised, it is hereby

ORDERED that the stay granted in this case is hereby lifted.

    SO ORDERED this __9th__ day of November, 2011.

                                            BY THE COURT :

                                            *(signature)*

                                            CHRISTINE M. ARGUELLO
                                            United States District Court Judge