IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02959-CMA-MEH

UNITED STATES OF AMERICA,

       Plaintiff,

v.

5364 TULSA WAY, DENVER, COLORADO, and
$13,995.96 IN UNITED STATES CURRENCY,

       Defendants.

## FINAL ORDER OF FORFEITURE

THIS MATTER comes before the Court on the United States' Unopposed Motion for Final Order of Forfeiture, the Court having reviewed said Motion FINDS:

THAT the United States commenced this action in rem pursuant to 21 U.S.C. § 881;

THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

THAT Claimant Jorge Martin Villegas has filed his Claim and Answer to the Verified Complaint;

THAT the United States and Claimant have reached a settlement in this case, and have filed a Settlement Agreement with the Court resolving all issues in dispute;

THAT no other claims to the defendant property have been filed;

THAT Claimant and the United States agree as follows:

1

   a.   Claimant Jorge Martin Villegas consents to the forfeiture of defendant $13,995.96 in United States currency;

   b.   Claimant Jorge Martin Villegas agrees to the forfeiture of $48,504.04 in lieu of defendant 5634 Tulsa Way; and

   c.   The United States agrees to release its Lis Pendens recorded against defendant 5634 Tulsa Way.

THAT the facts and verification as set forth in the Verified Complaint provide probable cause and an ample basis for a judgment and order of forfeiture of defendant properties under 21 U.S.C. § 881.

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT judgment of forfeiture shall enter in favor of the United States; the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law as follows:

   a.   $13,995.96 in United States currency; and

   b.   $48,504.04 received from Claimant in lieu of forfeiture of defendant 5634 Tulsa Way;

THAT a Certificate of Reasonable Cause, which this Order constitutes, is granted as to all defendants pursuant to 28 U.S.C. § 2465; and

THAT the Clerk of court is directed to enter Judgment pursuant to Rule 58(a) of the Federal Rules of Civil Procedure.

SO ORDERED this 17 day of October, 2012.

BY THE COURT:

Christine M. Arguello

CHRISTINE M. ARGUELLO
U.S. District Court Judge