IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02959-CMA-MEH

UNITED STATES OF AMERICA,

      Plaintiff,

v.

5364 TULSA WAY, DENVER, COLORADO, and
$13,995.96 IN UNITED STATES CURRENCY,

      Defendants.

_____

### FINAL JUDGMENT
_____

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Final Order of Forfeiture entered by the Honorable Christine M. Arguello, U.S. District Judge, the following FINAL JUDGMENT is hereby entered:

1.     Forfeiture and full legal title of defendant property is hereby entered in favor of the United States as follows:

      a. $13,995.96 in United States currency; and

      b. $48,504.04 received from Claimant in lieu of forfeiture of defendant 5634 Tulsa Way;

2.     The United States may dispose of the above-described forfeited property in accordance with law.

3.     This Final Judgment shall also constitute a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 as to all of defendant property.

DATED at Denver, Colorado this 19th day of October, 2012.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ Edward P. Butler
Edward P. Butler
Deputy Clerk